NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAVON ULYESSY SAFFOLD,               )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D16-2103
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
                                     )
_____  )

Opinion filed May 30, 2018.

Appeal from the Circuit Court for
Hillsborough County; Lisa D. Campbell,
Judge.

Howard L. Dimmig, II, Public Defender,
and Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Wendy Buffington,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.

CASANUEVA, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.